1

2

3

4

5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

8    FRANCIS G. HERNANDEZ,                              No. C-13-80158 MISC EMC

9              Petitioner,

                                                        **DEATH PENALTY CASE**

10         v.

11   KEVIN CHAPPELL, Warden of San Quentin              **ORDER TRANSFERRING CAPITAL**
     Prison,                                            **HABEAS ACTION TO THE DISTRICT**

12                                                      **COURT FOR THE CENTRAL**
               Respondent.                              **DISTRICT OF CALIFORNIA**

13   _____/

14

15

16         Petitioner was convicted and sentenced to death in Los Angeles Superior Court. *People v.*

17   *Hernandez*, 763 P.2d 1289, 1289 (Cal. 1988). This capital habeas action therefore should be heard

18   in the Central District of California. N.D. Cal. Habeas L.R. 2254-22(a); C.D. Cal. L.R. 83-17.5(a).

19   Accordingly, this action is hereby transferred to the District Court for the Central District of

20   California. "The Clerk immediately shall advise the Clerk of Court" of the Central District. N.D.

21   Cal. Habeas L.R. 2254-22(c).

22

23         IT IS SO ORDERED.

24

25   Dated: July 23, 2013

26

27                                                      _____
                                                        EDWARD M. CHEN

28                                                      United States District Judge

**United States District Court**
For the Northern District of California