**United States District Court**
For the Northern District of California

1
2
3
4
5                           UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8    FRANCIS G. HERNANDEZ,                    No. C-13-80158 MISC EMC
9              Petitioner,
                                             **DEATH PENALTY CASE**
10        v.
11   KEVIN CHAPPELL, Warden of San Quentin    **ORDER TRANSFERRING CAPITAL
     Prison,                                  HABEAS ACTION TO THE DISTRICT
12                                            COURT FOR THE CENTRAL
               Respondent.                    DISTRICT OF CALIFORNIA**
13   _____/
14
15
16        Petitioner was convicted and sentenced to death in Los Angeles Superior Court.  *People v.*
17   *Hernandez*, 763 P.2d 1289, 1289 (Cal. 1988).  This capital habeas action therefore should be heard
18   in the Central District of California.  N.D. Cal. Habeas L.R. 2254-22(a); C.D. Cal. L.R. 83-17.5(a).
19   Accordingly, this action is hereby transferred to the District Court for the Central District of
20   California.  "The Clerk immediately shall advise the Clerk of Court" of the Central District.  N.D.
21   Cal. Habeas L.R. 2254-22(c).
22
23        IT IS SO ORDERED.
24
25   Dated:  July 23, 2013
26                                            _____
27                                            EDWARD M. CHEN
                                             United States District Judge
28